## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  22−32237−KRH
**Chapter**  7
**Judge**  Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nathan Scott Peterson
 12201 Chiasso Way
Chesterfield, VA 23838−2191

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−4953

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

### NOTICE OF HEARING

A

*12* − Reaffirmation Cover Sheet and Reaffirmation Agreement with Harley−Davidson Credit Corp. filed by Harley−Davidson Credit Corp..(Witcher, Kiana)

 has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  October 26, 2022         **Time:**  12:00 PM

**Location:**

Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

Dated:  October 7, 2022                          For the Court,

                                                 William C. Redden, Clerk
[VAN022BKAPvDec2009.jsp]                         United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 22-32237-KRH

Nathan Scott Peterson  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7     User:     Page 1 of 1

Date Rcvd: Oct 07, 2022     Form ID: VAN022     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nathan Scott Peterson, 12201 Chiasso Way, Chesterfield, VA 23838-2191 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 08 2022 00:25:00 | Harley-Davidson Credit Corp., 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Peter J. Barrett | peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |
| Stephen L. Flores | on behalf of Debtor Nathan Scott Peterson stephen@floreslawva.com kyle@floreslawva.com;floressr98739@notify.bestcase.com |

TOTAL: 3