**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nathan Scott Peterson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx-xx-4953<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 22-32237-KRH | |

# Discharge of Debtor                                                              12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nathan Scott Peterson

<u>November 21, 2022</u>                    **For the court:**   <u>William C. Redden</u>
                                                                 Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 22-32237-KRH
Nathan Scott Peterson Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: admin      Page 1 of 2
Date Rcvd: Nov 22, 2022      Form ID: 318      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nathan Scott Peterson, 12201 Chiasso Way, Chesterfield, VA 23838-2191 |
| 15946912 | + | ARS, PO Box 8668, Pompano Beach, FL 33075-8668 |
| 15946911 | | Alteon Health, PO Box 2398, Omaha, NE 68103-2398 |
| 15946917 | + | D. Kent Gilliam, 804 Moorefield Park Dr, Suite 200, Richmond, VA 23236-3671 |
| 15946922 | + | OrthoVirginia, 1115 Boulders Pkwy, Suite 200, Richmond, VA 23225-4067 |
| 15946923 | | PHG Physicians, PO Box 668, Brentwood, TN 37024-0668 |
| 15946925 | | SME, Inc USA, PO Box 71248, Charlotte, NC 28272-1248 |
| 15946926 | | Southside Regional Medical Cen, PO Box 1280, Oaks, PA 19456-1280 |
| 15946928 | #+ | Vascular Surgery Associates, 417 Libbie Ave, Richmond, VA 23226-2615 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QPJBARRETT.COM | Nov 23 2022 05:33:00 | Peter J. Barrett, Kutak Rock LLP, 341 Dial 866-861-8980 Code: 8499852, 901 East Byrd Street, Suite 1000, Richmond, VA 23219-4071 |
| cr | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Nov 23 2022 00:41:00 | Harley-Davidson Credit Corp., 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 15946910 | ^ | MEBN | Nov 23 2022 00:36:49 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 15946913 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 23 2022 00:41:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15946914 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 23 2022 00:41:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15946915 | + | Email/Text: crbankruptcy@commrad.com | Nov 23 2022 00:42:00 | Commonwealth Radiology, 1508 Willow Lawn Drive, Suite 117, Richmond, VA 23230-3421 |
| 15946916 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2022 00:53:48 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15946918 | + | EDI: AMINFOFP.COM | Nov 23 2022 05:33:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15946919 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 23 2022 00:42:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15946920 | ^ | MEBN | Nov 23 2022 00:36:06 | KLS Financial Service, 991 Aviation Parkway, Suite 500, Morrisville, NC 27560-8458 |
| 15946921 | + | Email/Text: bknick@nicfn.com | Nov 23 2022 00:42:00 | Nicholas Financial Inc, Attn: Bankruptcy, 2454 Mcmullen Booth Rd N Ste 501b, Clearwater, FL |

| District/off: 0422-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: 318 | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| 15946924 | Email/Text: pasi_bankruptcy@chs.net | Nov 23 2022 00:41:00 | 33759-1343<br>Professional Account Services, PO Box 188, Brentwood, TN 37024-0188 |
| 15946927 | ^ MEBN | Nov 23 2022 00:36:01 | United Consumers, PO Box 4466, Woodbridge, VA 22194-4466 |
| 15946929 | Email/Text: bankruptcytn@wakeassoc.com | Nov 23 2022 00:41:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909-0000 |
| 15946930 | + EDI: CAPITALONE.COM | Nov 23 2022 05:33:00 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Peter J. Barrett | peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |
| Stephen L. Flores | on behalf of Debtor Nathan Scott Peterson stephen@floreslawva.com<br>kyle@floreslawva.com;floressr98739@notify.bestcase.com;admin@floreslawva.com |

TOTAL: 3